UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY E. WHITT,<br><br>                Plaintiff,<br><br>    v.<br><br>SNOHOMISH COUNTY SUPERIOR COURT, *et al*.,<br><br>                Defendants. | Case No. C15-1294-MJP<br><br>ORDER DISMISSING ACTION |

The Court, having review plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's complaint and this action are DISMISSED, with prejudice, as plaintiff's claims are now moot.

//

//

//

ORDER DISMISSING ACTION - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 15th day of December, 2015.

Marsha J. Pechman
Chief United States District Judge

ORDER DISMISSING ACTION - 2